UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: NANCY HOGEL

Case No.: 19-22471
Chapter: 7
Judge: John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

_____John W. Sywilok_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: 50 Walnut Street, Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __September 24, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3D__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: Debtor's interest in real property known as 25 Decamp Drive, Boonton, NJ 07005
Market Value is $520,000.00

Liens on property: Subject to mortgage held by M&T Bank on which there is due approximately $540,000.00.

Amount of equity claimed as exempt: No Equity

Objections must be served on, and requests for additional information directed to:

Name: John W. Sywilok, Chapter 7 Trustee    /s/ John W. Sywilok
Address: 51 Main Street, Hackensack, NJ 07601
Telephone No.: (201) 487-9390

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:  
Nancy Hogel  
       Debtor

Case No. 19-22471-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 19, 2019  
                         Form ID: pdf905     Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2019.
```
db              +Nancy Hogel,    25 DeCamp Drive,    Boonton, NJ 07005-8834
518317353       +KML Law Group, PC,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
518317355       +Mercury Card Services,    P. O. Box 84064,    Columbus, GA 31908-4064
518317357        Midland Credit Management, Inc.,    P. O. Box 301030,    Los Angeles, CA 90030-1030
518317358        Northstar Location Services, LLC,    4285 Gennesee Street,    Cheektowaga, NY 14225-1943
518317359       +Selip & Stylianou, LLP,    10 Forest Avenue, Suite 300,    Paramus, NJ 07652-5238
518317361       +Selip & Styllianou, LLP,    10 Forest Avenue, Suite 300,    Paramus, NJ 07652-5238
518317365       +Township of Boonton - Water & Sewer Dept.,    155 Powerville Road,    Boonton, NJ 07005-8729
518317366       +William Marotta,    25 DeCamp Drive,    Boonton, NJ 07005-8834
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 20 2019 00:20:54     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 20 2019 00:20:49     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2019 00:24:18
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518317351        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 20 2019 00:24:29     Capital One,
                 P. O. Box 30285,    Salt Lake City, UT 84130-0285
518317352        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 20 2019 00:24:56     Capital One,
                 P. O. Box 30258,    Salt Lake City, UT 84130-0258
518317354        E-mail/Text: camanagement@mtb.com Aug 20 2019 00:20:23     M & T Bank,    Lending Services,
                 P. O. Box 1288,    Buffalo, NY 14240-1288
518317356       +E-mail/Text: bkr@cardworks.com Aug 20 2019 00:18:51     Merrick Bank,    P. O. Box 9201,
                 Old Bethpage, NY 11804-9001
518317363        E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2019 00:25:16     Synchrony Bank,
                 Attn: Bankruptcy Dept.,    P. O. Box 965060,    Orlando, FL 32896-5060
518317362        E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2019 00:24:46     Synchrony Bank,
                 Attn: Bankruptcy Dept.,    P. O. Box 965064,    Orlando, FL 32896-5064
518318629       +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2019 00:24:17     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 10
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518317360*      +Selip & Stylianou, LLP,    10 Forest Avenue, Suite 300,    Paramus, NJ 07652-5238
518317364*       Synchrony Bank,    Attn: Bankruptcy Dept.,    P. O. Box 965060,    Orlando, FL 32896-5060
                                                                                             TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John Sywilok    sywilokattorney@sywilok.com, nj26@ecfcbis.com
              Kevin Gordon McDonald    on behalf of Creditor   M&T Bank kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael J. Sweeney    on behalf of Debtor Nancy  Hogel msweeney@hjslawoffice.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```