**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Nancy Hogel | Social Security number or ITIN  xxx–xx–2242 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–22471–JKS | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Nancy Hogel
aka Nancy K. Hogel, aka Nancy J. Knight Hogel

10/3/19                                     **By the court:**  John K. Sherwood
                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Nancy Hogel  
      Debtor

Case No. 19-22471-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 03, 2019  
                        Form ID: 318    Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2019.
```
db              +Nancy Hogel,    25 DeCamp Drive,    Boonton, NJ 07005-8834
518317353       +KML Law Group, PC,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
518317355       +Mercury Card Services,    P. O. Box 84064,    Columbus, GA 31908-4064
518317357        Midland Credit Management, Inc.,    P. O. Box 301030,    Los Angeles, CA 90030-1030
518317358        Northstar Location Services, LLC,    4285 Gennesee Street,    Cheektowaga, NY 14225-1943
518317359       +Selip & Stylianou, LLP,    10 Forest Avenue, Suite 300,    Paramus, NJ 07652-5238
518317361       +Selip & Styllianou, LLP,    10 Forest Avenue, Suite 300,    Paramus, NJ 07652-5238
518317365       +Township of Boonton - Water & Sewer Dept,    155 Powerville Road,    Boonton, NJ 07005-8729
518317366       +William Marotta,    25 DeCamp Drive,    Boonton, NJ 07005-8834
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 03 2019 23:45:39     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 03 2019 23:45:35     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr              +EDI: RMSC.COM Oct 04 2019 03:13:00     Synchrony Bank c/o PRA Receivables Management, LLC,
                  PO BOX 41021,    Norfolk, VA 23541-1021
518317351        EDI: CAPITALONE.COM Oct 04 2019 03:13:00     Capital One,    P. O. Box 30285,
                  Salt Lake City, UT 84130-0285
518317352        EDI: CAPITALONE.COM Oct 04 2019 03:13:00     Capital One,    P. O. Box 30258,
                  Salt Lake City, UT 84130-0258
518317354        E-mail/Text: camanagement@mtb.com Oct 03 2019 23:45:23     M & T Bank,    Lending Services,
                  P. O. Box 1288,    Buffalo, NY 14240-1288
518317356       +EDI: MERRICKBANK.COM Oct 04 2019 03:13:00     Merrick Bank,    P. O. Box 9201,
                  Old Bethpage, NY 11804-9001
518317363        EDI: RMSC.COM Oct 04 2019 03:13:00     Synchrony Bank,    Attn: Bankruptcy Dept.,
                  P. O. Box 965060,    Orlando, FL 32896-5060
518317362        EDI: RMSC.COM Oct 04 2019 03:13:00     Synchrony Bank,    Attn: Bankruptcy Dept.,
                  P. O. Box 965064,    Orlando, FL 32896-5064
518318629       +EDI: RMSC.COM Oct 04 2019 03:13:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 10
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518317360*      +Selip & Stylianou, LLP,    10 Forest Avenue, Suite 300,    Paramus, NJ 07652-5238
518317364*       Synchrony Bank,    Attn: Bankruptcy Dept.,    P. O. Box 965060,    Orlando, FL 32896-5060
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John Sywilok    sywilokattorney@sywilok.com, nj26@ecfcbis.com
              Kevin Gordon McDonald    on behalf of Creditor    M&T Bank kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael J. Sweeney    on behalf of Debtor Nancy  Hogel msweeney@hjslawoffice.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```